

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00251-CR
### No. 10-16-00252-CR

**JOHNNY CANDIDO MANSOLO,**

                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                            **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court Nos. 2015-447-C1 & 2015-49-C1

## ORDER

Johnny Candido Mansolo has filed a Motion for Extension of Time to File Motion for Rehearing and Rehearing En Banc requesting an additional 30 days to file a motion for rehearing and rehearing en banc.[1]  Mansolo's motion is granted.  A motion for

---

[1] Mansolo is pro se.  Although his appointed attorney filed an *Anders* brief and was released from representing Mansolo, *see Mansolo v. State*, Nos. 10-16-00251-CR & 10-16-00252-CR, 2016 Tex. App. Lexis 13224 (Tex. App.—Waco Dec. 14, 2016, no pet. h.) (publish), Mansolo is permitted to pursue this extension

rehearing is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed January 11, 2017



---

and a motion for rehearing without an attorney.  *See Scott v. State*, 301 S.W.3d 700 (Tex. App.—Waco 2009, order).